| Name, Address and Telephone Number of Attorney(s) | |
|---|---|
| Richard T. Copeland, Esq. (SBN 213605)<br>CONFLICT SOLUTION SERVICES<br>450 N. Brand Boulevard, Suite 600<br>Glendale, California 91203<br>(310) 968-6070 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALICIA SEPULVEDA, et.al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 18-CV-230-mwf |
| v. | |
| COUNTY OF RIVERSIDE, et.al. | MEDIATION REPORT |
| Defendant(s). | |

**_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._**

1. ☑ A mediation was held on (date): 11/6-11/19, 2018 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on Nov. 19, 2018 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____ .

Dated: November 19, 2018

_____
Signature of Mediator

Richard T. Copeland
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)     **MEDIATION REPORT**     Page 1 of 1