**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ARTHUR K. CUNNINGHAM, SB# 97506
    E-Mail: Arthur.Cunningham@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendants
COUNTY OF RIVERSIDE et al.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALICIA SEPULVEDA, etc., <br><br>Plaintiff, <br><br>vs. <br><br>COUNTY OF RIVERSIDE, et al., <br><br>Defendants. | CASE NO. EDCV 18-230-MWF (KKx) <br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br>Trial Date: Vacated |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1. This action in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice.

2. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

///

///

///

4841-9262-8098.1

[PROPOSED] ORDER

3. This Order is the result of a compromise of disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: January 18, 2019

By: _____
Hon. Michael W. Fitzgerald
United States District Judge